**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>Zendra LaJoyce Mayo<br>829 Draymore Lane<br>Elgin, SC 298045<br>SSN xxx-xx-3013<br><br><br><br><br><br>DEBTOR | CASE NO: 19-00048-dd<br><br><br><br><br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Chapter 13 Plan was duly served upon the parties named below either by depositing said papers in the United States Mail at Columbia, South Carolina, on this date, with first class postage duly affixed and a return address clearly indicated on said envelope to the address below indicated or electronically through CM/ECF.

<u>**VIA US MAIL**</u>
SEE ATTACHED

<u>**VIA E-MAIL**</u>

Pamela Simmons-Beasley, Esq.
Trustee

U.S. Trustee Office
Columbia, SC 29201

Date: 1/4/19                                   /s/ Patricia Knight
                                              Paralegal/Legal Assistant for
                                              Robert R. Meredith, Jr. D.C. ID #6152
                                              Elizabeth R. H. Jenkins D.C. ID #10704
                                              Meredith Law Firm, LLC
                                              Attorneys for Debtor
                                              1901 Assembly Street, Suite 360
                                              Columbia, SC 29201
                                              803-451-5000

ADVANCE AMERICA OF COLUMBIA
2300 DECKER BOULEVARD
COLUMBIA SC 29206


ADVANCE FINANCE
2465 MAIN STREET
STE. 3
ELGIN SC 29045


AES/PHEAA
ATTN: BANKRUPTCY
1200 NORTH 7TH ST
HARRISBURG PA 17102


AMERICASH LOANS
2800 ROSEWOOD DRIVE # G
COLUMBIA SC 29205


CAPITAL BANK
ATTN: BANKRUPTCY
1 CHURCH ST. # 300
ROCKVILLE MD 20850


COMMUNITY CHOICE FINANCIAL
ATTN: BANKRUPTCY
6785 BOBCAT WAY
DUBLIN OH 43016


CREDIT RECOVERY ASSOCIATES
ATTN: BANKRUPTCY
PO BOX 1228
MAULDIN SC 29662


CREDIT RECOVERY ASSOCIATES
509 W. BUTLER ROAD
MAULDIN SC 29662


CRESCENT BANK & TRUST, INC.
ATTN: BANKRUPTCY
PO BOX 61813
NEW ORLEANS LA 70161


ERC/ENHANCED RECOVERY CORP
ATTN: BANKRUPTCY
8014 BAYBERRY ROAD
JACKSONVILLE FL 32256

FAIRFIELD MEMORIAL HOSPITAL
PO BOX 620
WINNSBORO SC 29180


FARMERS FURNITURE
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 1140
DUBLIN GA 31040


GINNYS/SWISS COLONY INC
ATTN: CREDIT DEPARTMENT
PO BOX 2825
MONROE WI 53566


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


LVNV FUNDING/RESURGENT CAPITAL
PO BOX 1269
GREENVILLE SC 29602


NATIONAL RECOVERY AGENCY
ATTN: BANKRUPTCY
PO BOX 67015
HARRISBURG PA 17106


ONEMAIN FINANCIAL
ATTN: BANKRUPTCY
601 NW 2ND STREET
EVANSVILLE IN 47708


PARAGON REVENUE GROUP
ATTN: BANKRUPTCY
216 LE PHILLIP CT NE
CONCORD NC 28025


PMAB, LLC
PO BOX 12150
CHARLOTTE NC 28220


PRIMEWAY FCU
ATTN: BANKRUPTCY
PO BOX 53088
HOUSTON TX 77052

QUICK CREDIT/SMC
150 EXECUTIVE CENTER DRIVE
GREENVILLE SC 29615


RECMGMT SRVC
ATTN: BANKRUPTCY
4200 CANTERA DRIVE, SUITE 211
WARRENVILLE IL 60555


RELIANT HOLDINGS, IN
ATTN: BANKRUPTCY DEPARTMENT
1707 WARREN RD.
INDIANA PA 15701


SECURITY CHECK
ATTN: BANKRUPTCY DEPT
2612 JACKSON AVE W
OXFORD MS 38655


SOUTH CAROLINA DEPARTMENT OF REVENUE
PO BOX 12265
COLUMBIA SC 29211


SOUTHERN FINANCE/SMC
150 EXECUTIVE CENTER DRIVE
GREENVILLE SC 29615


WESTERN SHAMROCK CORPORATION
801 SOUTH ABE STREET
SAN ANGELO TX 76903


WESTLAKE FINANCIAL SERVICES
CUSTOMER CARE
PO BOX 76809
LOS ANGELES CA 90054


WORLD ACCEPTANCE/FINANCE CORP
ATTN: BANKRUPTCY
PO BOX 6429
GREENVILLE SC 29606


WORLD OMNI FINANCIAL CORP
ATTN: BANKRUPTCY
PO BOX 991817
MOBILE AL 36691